UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Ramiro Sanchez, et al.
                              Plaintiff,

v.                                           Case No.: 1:16−cv−02154
                                             Honorable Thomas M. Durkin

Piech Decorating, Inc., et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 26, 2016:

 MINUTE entry before the Honorable Thomas M. Durkin:Civil case terminated. The Court having been informed that this action has settled, dismisses this action without prejudice with leave to move to reinstate on or before July 28, 2016. Absent a timely filed motion to reinstate, this order will become final with prejudice on July 29, 2016. The 5/27/2016 status date is vacated. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.